**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**JOREL SHOPHAR,**

        **Plaintiff,**

v.

**STATE OF KANSAS, et al.,**

        **Defendants.**

**Case No. 16-CV-4043-DDC-KGS**

## MEMORANDUM AND ORDER

On August 2, 2016, defendant Teena Wilke, acting pro se, filed an Answer on behalf of defendant MOMs Club of Olathe East (Doc. 52). On August 11, 2016, the court ordered Ms. Wilke to show cause why it should not strike the purported answer because parties proceeding pro se may not represent other parties in federal court (Doc. 60). Ms. Wilke never responded. The court thus strikes the Answer for the reasons explained in the Order to Show Cause. The court notes that plaintiff since has filed a Second Amended Complaint (Doc. 90). Defendant MOMs Club of Olathe East never has responded to that Complaint.

**IT IS THEREFORE ORDERED THAT** the court strikes defendant MOMs Club of Olathe East's Answer (Doc. 52).

**IT IS SO ORDERED.**

**Dated this 23rd day of March, 2017, at Topeka, Kansas.**

                                                **s/ Daniel D. Crabtree**
                                                **Daniel D. Crabtree**
                                                **United States District Judge**